1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10
11
| | |
|---|---|
| MARCO ANTONIO GUERRA, | ) Case No. CV 12-0088-JAK (SP) |
| Petitioner, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| DOMINGO URIBE, JR., | ) |
| Respondent. | ) |
| _____ | ) |

17
18      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
19 file, and the Report and Recommendation of the United States Magistrate Judge.
20 Further, the Court has engaged in a de novo review of those portions of the Report to
21 which petitioner has objected.  The Court accepts the findings and recommendation
22 of the Magistrate Judge.

23      IT IS THEREFORE ORDERED that petitioner's Motion to Reopen Judgment
24 and Motion to Reopen and for Innocence Hearing are denied.

25
26 DATED:   10/28/14                    _____
27                                       HONORABLE JOHN A. KRONSTADT
                                         UNITED STATES DISTRICT JUDGE
28